NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411   FAX:  (213) 488-9418
e-mail:  zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No.  1:16-bk-10099-VK |
| | ) |
| FRANK ADLER AND LAUREN ADLER, | ) Chapter 7 |
| | ) |
| Debtors. | ) APPLICATION BY NANCY |
| | ) HOFFMEIER ZAMORA, CHAPTER |
| | ) 7 TRUSTEE, FOR APPROVAL TO |
| | ) EMPLOY RODEO REALTY, INC. |
| | ) AS REAL ESTATE BROKER; |
| | ) DECLARATION OF |
| | ) DISINTERESTEDNESS |
| | ) |
| _____ | ) [No Hearing Required] |

Nancy Hoffmeier Zamora, Chapter 7 Trustee ("Trustee") for

the above-captioned bankruptcy estate (the "Estate"), applies to

the Court for approval to employ Rodeo Realty, Inc. ("Broker") as

real estate broker and represents as follows:

1.    On January 13, 2016, Frank Adler and Lauren Adler

("Debtors") filed a voluntary petition for relief under Chapter 7

of the United States Bankruptcy Code commencing the above-

captioned bankruptcy case assigned case no. 1:16-bk-10099-VK (the

"Case").

2.    Nancy Hoffmeier Zamora is the duly appointed Chapter 7

Trustee for the Estate.

. . . . .

Adler/app.001

1.

3.   The assets of the Estate include certain residential real property, commonly known as 1028 Lambourne Place, Oak Park, California 91377 (the "Real Property").  Trustee's investigation, with the assistance of Broker, reveals that the Real Property has a fair market value of approximately $1,070,000.00.

4.   Trustee requires the assistance of a professional real estate broker to accomplish the following tasks:

a.   Order, analyze, and prepare all documentation necessary to list and advertise the Real Property for sale.

b.   List the Real Property with the most propitious listing services available, inspect the Real Property as necessary to respond to the inquiries of potential purchasers, and solicit reasonable offers from potential purchasers.

c.   Convey all reasonable purchase offers to Trustee and Trustee's counsel, if any, and, subject to Trustee's approval, negotiate and confirm the acceptance of the best offer.

d.   Cause to be prepared and submitted to escrow on behalf of Trustee any and all documents necessary to consummate a sale of the Real Property.

5.   For the foregoing and all other necessary and proper purposes, Trustee applies to retain the real estate brokerage services of Broker.

6.   Trustee asserts that Broker is well qualified to render real estate brokerage services because of Broker's extensive experience and success in marketing and selling residential real properties, undeveloped land, commercial property, and businesses

in and around Los Angeles County and Ventura County, California.

A true and correct copy of the resume of Broker and the agents

that Broker intends to utilize in marketing and selling the Real

Property, detailing their experience, is attached hereto as

Exhibit B and incorporated herein by reference.

7.   A true and correct copy of the proposed listing

agreement, entitled "Exclusive Authorization and Right to Sell

Agreement" (the "Listing Agreement"), is attached hereto as

Exhibit C and incorporated herein by reference.  The Listing

Agreement for the Real Property provides, inter alia, that Broker

is to be paid, at the time of closing, a commission of six

percent (6%) of the gross price from the sale of the Real

Property.

8.   Broker is an established, active, and reputable real

estate brokerage.  Trustee has no connections with Broker nor

with any of Broker's officers and/or agents except as described

below.  Trustee is employing Broker to market and sell real

property in other bankruptcy cases, subject to orders of the

Court.  Broker intends to utilize two agents in marketing and

selling the Real Property, namely Paul M. Stafford and Behnaz

Tavakoli.  Ms. Tavakoli was a chapter 7 debtor in a case assigned

case no. SV 98-19900-KL for which Trustee was appointed the

permanent chapter 7 trustee.  Trustee administered the case and

an order closing the case was entered on August 22, 2000.

Trustee has no other connection with Ms. Tavakoli.

9.   To the best of Trustee's knowledge, Broker represents

no other entity in connection with this matter, and has no

connection or financial interest in or with Debtors, the

creditors of the Estate, or any other party in interest and neither represents nor holds any interest adverse to the interest of the Estate with respect to the matters on which Broker is to be employed.

10.   A declaration by Broker's agent Paul M. Stafford on behalf of Broker attesting that Broker is a disinterested person and holds no adverse interests or relationships is attached hereto as Exhibit A and incorporated herein by reference.

11.   On March 10, 2016, Trustee caused the Notice of Application By Nancy Hoffmeier Zamora, Chapter 7 Trustee, For Approval To Employ Rodeo Realty, Inc. as Real Estate Broker (the "Notice") to be served on the Office of the United States Trustee, Debtors, Debtors' counsel, all creditors, and other interested parties.   Trustee will file the Notice with the Court. A true and correct copy of the Notice is attached hereto as Exhibit D and incorporated herein by reference.

12.   When and if Trustee has an offer of sale for the Real Property which Trustee considers fit for submission to the Court for approval, Trustee will file and serve on all creditors and other interested parties a motion for (a) approval of said offer of sale (pursuant to 11 U.S.C. § 363) and (b) approval of compensation to Broker (pursuant to 11 U.S.C. § 330) to be paid out of escrow for sale of the Real Property.

13.   Trustee proposes that Broker be employed effective retroactively to the date of the Listing Agreement, March 10, 2016, to allow Broker to be compensated for any sale that may result from Broker's efforts before this Application could be approved.

1      WHEREFORE, Trustee prays that the Court order and approve

2  Trustee's employment of Broker as set forth in the proposed order

3  lodged herewith based on the terms and conditions set forth in

4  this Application.

5  Dated:   March 10, 2016

7  Nancy Hoffmeyer Zamora
8  Chapter 7 Trustee

# EXHIBIT  A

## BROKER'S DECLARATION OF DISINTERESTEDNESS

I, Paul M. Stafford, declare as follows:

1.    I am a licensed real estate professional employed by Rodeo Realty, Inc. ("Broker") and authorized by Broker to make this declaration on behalf of Broker.  All facts stated herein are known by me to be true and I could and would competently testify thereto in a court of law if called upon to do so.  All capitalized terms used herein have the meanings ascribed to them in the application to employ real estate broker (the "Application") to which this declaration is attached unless otherwise defined herein.

2.    Trustee has requested Broker to act as the real estate broker to secure potential buyers for the Real Property, pursuant to and under the terms of the Listing Agreement, a true and correct copy of which is attached as Exhibit C to the Application.

3.    Broker has been active in the real estate market in and around Los Angeles County and Ventura County, California and is familiar with real property values in the vicinity of the Real Property.  The listing price of $1,070,000.00 for the Real Property is not less than the fair market value of the Real Property.

4.    Broker is to be paid a commission of six percent (6%) of the gross sales price of the Real Property as stated in the Listing Agreement, after approval by the Court on proper application.

5.    Broker understands that the Court may order said commissions paid by the escrow at the time of closing for the

Adler/app.001

6.

Real Property or at such later time as the Court may determine. Said commission is to include all necessary and reasonable expenses incurred by Broker.

6.    Broker has no other agreement with the Estate, Debtors, or Trustee concerning compensation except as disclosed in this declaration and the Application, including all exhibits thereto. Broker is not a prepetition creditor of the Estate and has no claim against the Estate except as may arise out of this engagement if approved by the Court.

7.    Broker and its agents, representatives, associates, salespersons, and other employees are all disinterested persons as defined in 11 U.S.C. § 101(14); have no connections with Debtors, creditors of the Estate, or Trustee nor with any of their respective attorneys or accountants except as disclosed in the Application to which this declaration is attached; do not hold or represent any position adverse to the Estate herein; are not principals in any proposed or prospective sale of the Real Property; and are not relatives nor employees of the United States Trustee or a bankruptcy judge.

8.    Broker has not represented, does not represent, and does not intend to represent any related debtor in a bankruptcy case pending in this or any other court.

9.    Broker is familiar with and agrees to abide by all applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Central District of California.

.  .  .  .  .

.  .  .  .  .

Executed on March 10, 2016 at Kailua Kona, Hawaii.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Paul M. Stafford

# EXHIBIT  B



Syd Leibovitch is president and owner of Beverly Hills, Calif.-based Rodeo Realty, Inc. The residential real estate firm has more than 1000 licensed agents and brokers and 11 offices throughout Los Angeles and Ventura counties. Affiliate companies include L.A. Mortgage, Encore Escrow and Progressive Title.

Leibovitch studied economics and banking in college and began selling real estate at the age of 23. He was a top selling Realtor in the Los Angeles area by the time he was 25 and opened Paramount Properties out of his garage in 1986. The firm was eventually re-named Rodeo Realty and is now a leading luxury residential real estate firm in California.

Rodeo Realty services various markets in Southern California, including luxury real estate markets. The company's celebrity and other multi-million dollar listings are regularly featured in the *Los Angeles Times*, *E! News*, *OpenHouse LA*, and other media outlets. Leibovitch, as well as his brokers and agents, are trusted sources of information for news reporters nationwide.

Leibovitch's mission is to give agents the support they need to succeed. His corporate center offers advertising services; in-house print shop; in-house public relations; and access to all of the company's offices. The firm operates a real estate school. Leibovitch is also a hands-on business owner who makes himself accessible to all agents.



## RODEO REALTY
LOCAL EXPERTISE. GLOBAL PRESENCE
*Fine Estates*







**Contact Us**

First Name *          Last Name *

Phone Number

Email *

Comment

**Beverly Hills Office**

9 202 N. Canon Dr. Beverly Hills,
CA 90210P: (Phone)(310) 724-
7100 F: (Fax)(310) 724-7131

**Brentwood Office**

9 11940 San Vicente
BoulevardSte. 100 Los Angeles,
CA 90049P: (Phone)(310) 873-
4100 F: (Fax)(310) 873-4199

**Calabasas Office**

9 23901 Calabasas RoadSte. 1050
Calabasas, CA 91302P: (Phone)
(818) 222-7707 F: (Fax)(818) 222-
7872

SEND









**Find an Associate**

Our agents and estate
consultants are the
finest in the business.

They provide a
distinctive and
competitive edge.

**Find One Now! >**

**Corporate Office**

9 9171 Wilshire BoulevardSte. 321
Beverly Hills, CA 90210P: (Phone)
(310) 471-2600 F: (Fax)(310) 471-
3964

**Encino Office**

9 17501 Ventura Blvd. Encino, CA
91316P: (Phone)(818) 990-0454 F:
(Fax)(818) 990-0461

**Northridge Office**

9 9338 Reseda BoulevardSte. 102
Northridge, CA 91324P: (Phone)
(818) 349-9997 F: (Fax)(818) 349-
0212







**Pacific Palisades
Office**

9 839 Via De La Paz Pacific
Palisades, CA 90272P: (Phone)
(310) 566-4400 F: (Fax)(310) 566-
4499

**Sherman Oaks Office**

9 15300 Ventura BoulevardSte.
101 Sherman Oaks, CA 91403P:
(Phone)(818) 986-7300 F: (Fax)
(818) 986-1066

**Studio City Office**

9 12345 Ventura BoulevardSte. A
Studio City, CA 91604P: (Phone)
(818) 761-7222 F: (Fax)(818) 761-
7277







**Sunset Strip Office**

9 9200 Sunset BoulevardSte.
200 West Hollywood, CA
90069P: (Phone)(310) 461-0400
F: (Fax)(310) 461-0381

**Westlake Village
Office**

9 100 N. Westlake BoulevardSte.
100A Westlake Village, CA
91362P: (Phone)(805) 494-0449
F: (Fax)(805) 494-0466

**Woodland Hills
Office**

9 21031 Ventura BoulevardSte.
100 Woodland Hills, CA 91364P:
(Phone)(818) 999-2030 F: (Fax)
(818) 999-0826



# RODEO REALTY
## LOCAL EXPERTISE, GLOBAL PRESENCE

---

## User information



### Contact Paul

< Back to Roster

| | |
|---|---|
| Direct: | (818)222-7707 |
| Fax: | (818)222-7872 |
| Email: | Paul |

### Paul Stafford

**REALTOR® | Rodeo Realty - Calabasas**

Paul Stafford has worked in the California real estate industry in both sales and management for more than twenty years. Before coming to Rodeo Realty he was one of the principals of Bradbury Realtors and most recently was the general manager at a RE/MAX franchise where he was responsible for all transactional oversight as well as the escrow and lending divisions. Additionally, Stafford was in management at the Fred Sands and Jon Douglas Companies as well as Coldwell Banker. Paul Stafford was born in the United Kingdom and graduated from the College of Law at the University of London . He was in practice as a Solicitor with Messrs. Frere Cholmondeley & Company, Lincoln 's Inn Fields London WC2, and Avenue Foch in Paris , France .His vast litigation and work experience included The Beatles vs Alan Klein. This landmark transatlantic case is what brought Paul to the United States. Paul has also worked in television as an Executive Producer and was the Treasurer and Corporate Secretary for The Children's Television Workshop in New York, which was responsible for the creation of " Sesame Street " and "The Electric Company."Paul has contributed to his community in a variety of ways with a diverse and outstanding background that includes serving as director of the New York Urban League. Locally he has led fundraising efforts for The Pediatric Aids Foundation and the St Joseph Hospital cancer centre in Burbank . In 1979 Paul was nominated to President Carter's White House Committee on Children and Youth. He is also an Arbitrator for the California Association of Realtors. Paul enjoys utilizing his extensive experience in assisting agents through each transaction, so they may assure their clients the finest professional representation possible.

**RODEO REALTY**
LOCAL EXPERTISE, GLOBAL PRESENCE

User information



Contact Behnaz

| | |
|---|---|
| Cell: | (818)326-7760 |
| Direct: | (818)657-4607 |
| Email: | Behnaz |

< Back to Roster

Behnaz Tavakoli

**REALTOR® | Rodeo Realty - Calabasas**

Behnaz Tavakoli began her real estate career in 1989. Today, she has proudly built a reputation as one of the most trusted names in the industry, specializing in residential, commercial, and bankruptcy court properties. Behnaz has established a successful working relationship with the most distinguished US Bankruptcy Court Chapter 7 Trustee and is employed as her primary real estate agent, contributing to well over 200 court sales and settlements.In the summer of 2003, Behnaz appeared on the hit reality television program, ?House Hunters International? broadcast on the Home and Garden Television Network. The episode follows Behnaz and her clients through the entire home-buying process from start to finish.Behnaz has earned industry recognition as a consistent member of the 100% Club and has gone on to earn the highly prestigious Platinum Award for Excellent Performance in 2005, 2006 and 2007."

## Behnaz's Active Properties    BEHNAZ'S RECENT SALES



Offered at: $2,299,000
7044 Dume Drive
Malibu, CA
4BR/5.00BA



Offered at: $1,649,000
21641 Pacific Coast
Malibu, CA
3BR/2.00BA



Offered at: $1,299,000
21563 Pacific Coast
Malibu, CA
3BR/2.00BA



Offered at: $1,200,000
11770 Pacific Coast- Unit DD
Malibu, CA
4BR/4.00BA



Offered at: $999,000
12654 Miranda Street
Valley Glen, CA
6BR/9.00BA



Offered at: $900,000
525 Oak Tree Court
Simi Valley, CA
4BR/5.00BA



Offered at: $899,000
257 Via Lara
Newbury Park, CA
4BR/4.00BA



Offered at: $855,000
1553 South Monte Viento Street
Malibu, CA
4BR/4.00BA



Offered at: $750,000
19812 Ahwanee Lane
Northridge, CA
4BR/3.00BA



Offered at: $699,000
17069 Gledhill Street
Northridge, CA
5BR/4.00BA



Offered at: $625,000
5522 Nagle Avenue
Sherman Oaks, CA
3BR/2.00BA



Offered at: $619,000
4729 Lemona Avenue
Sherman Oaks, CA
2BR/2.00BA



Offered at: $599,000
5463 Clermont Court
Westlake Village, CA
3BR/3.00BA



Offered at: $559,000
7301 Pomelo Drive
West Hills, CA
5BR/3.00BA



Offered at: $555,000
4369 Willow Glen Street
Calabasas, CA
3BR/3.00BA



Offered at: $550,000
5595 California Oak



Offered at: $549,000
22126 Kinzie Street



Offered at: $549,000
23044 Enadia Way

Simi Valley, CA

3BR/4.00BA

Chatsworth, CA

4BR/3.00BA

West Hills, CA

4BR/2.00BA



Offered at: $510,000

8553 Eatough Avenue

West Hills, CA

3BR/3.00BA



Offered at: $500,000

22377 Pacific Coast Highway

Malibu, CA

BR/BA



Offered at: $419,900

7505 Corbin Avenue

Winnetka, CA

3BR/2.00BA



Offered at: $400,000

105 Box Canyon Road

West Hills, CA

3BR/2.00BA



Offered at: $399,900

7505 Corbin Avenue

Winnetka, CA

3BR/2.00BA



Offered at: $399,000

10801 Paso Robles Avenue

Granada Hills, CA

3BR/2.00BA



Offered at: $390,000

13621 Hartland Street

Valley Glen, CA

3BR/2.00BA



Offered at: $390,000

16401 Plummer Street

North Hills, CA

3BR/2.00BA



Offered at: $389,000

22729 Sherman Way

West Hills, CA

4BR/2.00BA







Offered at: $349,000
19125 Delano Street
Tarzana, CA
3BR/2.00BA

Offered at: $349,000
2826 Coral Glen Drive
Malibu, CA
BR/BA

Offered at: $18,000
0 0
Needles, CA
BR/BA







Offered at: $15,000
0 Vac/cor 124 Ste/ave I12
Roosevelt, CA
BR/BA

Offered at: $10,000
0 0000
Simi Valley, CA
BR/BA

Offered at: $9,000
0 000
Desert Hot Springs, CA
BR/BA







Offered at: $6,000
100 Vac/100 Stw/vic Avenue C2
Lancaster, CA
BR/BA

Offered at: $3,000
0 0
Lucerne Valley, CA
BR/BA

Offered at: $559,000
24331 Crestlawn Street
Woodland Hills, CA
5BR/3.00BA

# EXHIBIT C

## EXCLUSIVE AUTHORIZATION AND RIGHT TO SELL AGREEMENT

In consideration of the services of Rodeo Realty, Inc. ("Broker"), Chapter 7 Trustee Nancy Hoffmeier Zamora ("Seller") for the estate ("Estate") of Frank Adler and Lauren Adler ("Debtors") in Case No. 1:16-bk-10099-VK hereby hires Broker as Seller's sole and exclusive agent, and hereby grants Broker the exclusive and irrevocable right to sell the subject property described below ("Real Property"), upon the following terms and conditions, for the period commencing March 10, 2016 and terminating at 5:00 p.m. on September 10, 2016.

PROPERTY   1028 Lambourne Place, Oak Park, California 91377
ADDRESS:

COUNTY:   Ventura

STATE:    California

LIST      One Million Seventy Thousand and No/100 Dollars
PRICE:    ($1,070,000.00)

TERMS:    Cash, subject to approval by the United States
          Bankruptcy Court ("Bankruptcy Court"), notice, hearing
          and overbid

### TERMS AND CONDITIONS

1.  **AS IS CONDITION**:  The Real Property is to be sold in an "AS IS" condition without representations or warranties of any kind.

2.  **COMMISSION**:  Seller agrees to compensate Broker by paying a commission of six percent (6%) of the gross sales price of the Real Property upon close of escrow subject to Bankruptcy Court approval.  This commission shall be paid at the close of escrow in cash through escrow or, if there is no escrow, then upon transfer of the Real Property to buyer, all subject to Bankruptcy Court approval.

3.  **PAYMENT**:  Payment of Broker commission is subject to Bankruptcy Court approval after notice to creditors of the Estate.

4.  **COMMISSIONABLE EVENTS**:  The above commission will be due and payable to Broker for services rendered if:  (a) the Real Property is sold to a buyer whether by Broker, Seller, or anyone else except those parties identified in paragraph 16 herein during the term of this listing agreement ("Agreement"), or any extensions thereof; (b) any contract for sale of the Real Property is made directly or indirectly by Seller during the term of this Agreement or extensions hereof; (c) within ninety (90) days after the expiration of this Agreement or any extensions hereof, if the Real Property is sold or negotiations for the sale are commenced and consummated with any prospect to whom the Broker had

submitted the Real Property during the term hereof of this Agreement or any extensions hereof, provided Broker has submitted the name of such prospect in writing to Seller within ten (10) days following the expiration of this Agreement or any extensions hereof. Said commission also will be due and payable to Broker in the event any accepted purchase contract procured by Broker, Seller, or anyone else, except those parties identified in paragraph 16 herein, is overbid.

5. **SELLER'S DUTIES**: Seller agrees to cooperate with Broker in effecting a sale of the Real Property and to immediately notify and refer all inquiries to Broker. All negotiations regarding the Real Property are to be conducted by and through Broker, except for negotiations with Debtors and/or any insider, relative, and/or affiliate of Debtors. Seller shall use her best efforts to make the Real Property available for showing at reasonable times.

6. **DUE DILIGENCE/MULTIPLE LISTING**: In consideration of the execution of this Agreement, Broker hereby agrees to utilize due diligence and Broker's best efforts in fulfilling Broker's obligations hereunder. Further, Broker agrees to immediately list the Real Property with a multiple listing service.

7. **SIGNAGE**: Seller grants Broker the right to place Broker's usual signs on the Real Property and the right to advertise the Real Property at Broker's discretion, all at Broker's expense.

8. **AUTHORIZATION**: Each individual executing this Agreement hereby represents and warrants that he/she is authorized to execute and deliver this Agreement with the caveat that Seller's authorization is subject to Bankruptcy Court approval.

9. **MATERIAL FACTS**: The Seller is the chapter 7 trustee of the Estate and has not inspected the Real Property. Seller makes no representations and/or warranties of any kind. Seller agrees to disclose all material facts, conditions, or status of the Real Property, to the extent of her or her agent's actual knowledge of any such facts or conditions.

10. **TERMINABLE EVENTS AND RELEASE**: To the extent that liens, claims of co-owners, other encumbrances against the Real Property, or allowed homestead exemption(s), if any, make this sale infeasible or unprofitable for the Estate of Debtors, the Seller may at her option, terminate this Agreement and cancel any proposed sale under this Agreement. Broker agrees to fully and completely release Seller.

. . . . .
. . . . .
. . . . .
. . . . .

Adler/app.001                    10.

11. **TERMINATION AND RELEASE**:  This Agreement shall terminate in the event that the Real Property, for any reason, is no longer part of the Estate and subject to the Trustee's administration, and Broker agrees to fully and completely release Seller.

12. **EXEMPTION**:  Pursuant to California Civil Code section 1102.2(b), Seller is exempt from complying with the requirements of Article 1.5 of the California Civil Code sections 1102-1102.17 relating to disclosures upon transfer of residential real property.

13. **JURISDICTION**:  The United States Bankruptcy Court for the Central District of California shall have sole and exclusive jurisdiction over any disputes arising from this Agreement and shall approve the sale of the Real Property.

14. **ATTORNEYS' FEES**:  Should it become necessary to litigate in order to enforce or interpret any of the terms contained in this Agreement, the prevailing party in such action shall be entitled to such reasonable attorneys' fees, costs and expenses as may be fixed by the Bankruptcy Court.

15. **ENTIRE AGREEMENT**:  This Agreement constitutes the entire agreement between Seller and Broker and supersedes all prior discussions, negotiations, and agreements, whether oral or written.  No amendment, alteration, or withdrawal of this Agreement shall be valid or binding unless made in writing and signed by both Seller and Broker.  Any purported oral amendment, modification, or withdrawal shall be void and of no effect whatsoever.

16. **EXCLUSIONS**:  None.

17. **MARKETING EXPENSES**:  Broker shall bear all expenses relating to the marketing of the Real Property.

Seller hereby acknowledges receipt of a copy of this agreement.

AGREED AND ACCEPTED

BY: _____
Paul M. Stafford
Rodeo Realty, Inc.

BY: _____
Nancy Hoffmeier Zamora
Chapter 7 Trustee
Estate of Frank Adler and
Lauren Adler
Case No. 1:16-bk-10099-VK

DATED: March 10, 2016

DATED:  July 7, 2015

Adler/app.001

11.

.

# EXHIBIT  D

NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411    FAX:   (213) 488-9418
e-mail:  zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.  1:16-bk-10099-VK |
| FRANK ADLER AND LAUREN ADLER, | Chapter 7 |
| Debtors. | NOTICE OF APPLICATION BY NANCY HOFFMEIER ZAMORA, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY RODEO REALTY, INC. AS REAL ESTATE BROKER |
| | [No Hearing Required] |

PLEASE TAKE NOTICE that Nancy Hoffmeier Zamora, Chapter 7
Trustee ("Trustee") herein, is submitting to the Office of the
United States Trustee and filing with the United States
Bankruptcy Court an application (the "Application") to employ
Rodeo Realty, Inc. ("Broker") as real estate broker.  Broker is
being employed to sell certain residential real property,
commonly known as 1028 Lambourne Place, Oak Park, California
91377 (the "Real Property").

After approval by the Court on proper application, Broker is
to be paid a commission on the gross sales price of the Real
Property calculated on the basis of six percent (6%) of the gross
sales price from the proceeds of sale of the Real Property.

Adler/notice.001

1.

PLEASE TAKE FURTHER NOTICE that you can obtain a copy of the Application by contacting Cynthia Casas at the following address:

> Nancy Hoffmeier Zamora, Esq.
> Chapter 7 Trustee
> U.S. Bank Tower
> 633 West 5th Street, Suite 2600
> Los Angeles California   90071
> Telephone: (213) 488-9411
> Facsimile: (213) 488-9418

PLEASE TAKE FURTHER NOTICE that any response to the Application and a request for hearing thereon must conform to the requirements of Local Rules of Bankruptcy Procedure 9013-1(o)(1) and 9013-1(f)(1) and pursuant to Local Rule of Bankruptcy Procedure 2014-1(b)(3) must be filed with the Court and served upon Nancy Hoffmeier Zamora, Esq., Chapter 7 Trustee, U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, California 90071, and the Office of the United States Trustee no later than fourteen (14) days from the date of service of this notice.

Dated: March 10, 2016

_Nancy Hoffmeier Zamora_
Nancy Hoffmeier Zamora
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF APPLICATION BY NANCY HOFFMEIER ZAMORA, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY RODEO REALTY, INC. AS REAL ESTATE BROKER**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 10, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Debtor's Counsel: Derik N. Lewis, dlewis@vantislaw.com, esieg@vantislaw.com
Creditor's Counsel: cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On March 10, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Frank & Lauren Alder, 1028 Lambourne Place, Oak Park, CA 91377
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901 Calabasas Road, Suite 1050 Calabasas, CA 91302
U.S Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 10, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 10, 2016 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Supplemental Service List for Notice

Account Recovery Servicing
P.O. Box 1691
Oxnard, CA 93032

Ally Financial
P.O. Box 380901
Bloomington, MN 55438

Amca
2269 S Saw Mill
Elmsford, NY 10523

Amex
P.O. Box 297871
Fort Lauderdale, FL 33329

Barrett, Daffin, Frappier, et al
15000 Surveyor Boulevard, Suite 500
Addison, TX 75001-9013

Bank of America
P.O. Box 982238
El Paso, TX 79998

CACH, LLC
4340 S Monaco St Unit 2
Denver, CO 80237

Capio Partners LLC
2222 Texoma Pkwy Ste 150
Sherman, TX 75090

Chase
P.O. Box 469030
Denver, CO 80246

Chase
P.O. Box 24696
Columbus, OH 43224

Chase Mortgage
P.O. Box 24696
Columbus, OH 43224

Chrysler Capital
P.O. Box 961275
Ft Worth, TX 76161

Cmre. 877-572-7555
3075 E Imperial Hwy Ste
Brea, CA 92821

Continental Credit Ctr
22 N Milpas St Ste C
Santa Barbara, CA 93103

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

Fidelity Creditor Serv
216 South Louise S
Glendale, CA 91205

Grant & Weber
26610 West Agoura Rd Ste
Calabasas, CA 91302

Internal Revenue Service
P.O. Box 145595
Cincinnati, OH 45250-9734

Los Robles Hospital And Medical Center
Resurgent Capital Services
P.O. Box 1927
Greenville, SC 29602

LVNV Funding LLC
P.O. Box 10497
Greenville, SC 29603

M Leonard & Assoc.
14520 Erwin St
Van Nuys, CA 91411

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108

Portfolio Recovery Associates
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Regency Hills Neighborhood HOA
c/o Witkin & Neal Inc
5800 Sepulveda Blvd., Ste 670
Sherman oaks, CA 91411

Regency Hills Neighborhood HOA
c/o Morgan and Company
15315 Magnolia Blvd., Ste 212
Sherman Oaks, CA 91403

Sallie Mae
300 Continental Dr
Newark, DE 19713

Santander Consumer USA
P.O. Box 961245
Ft Worth, TX 76161

Southern California Edison
2244 Walnut Grove Ave.
Rosemead, CA 91770

Springlf Fin
Visionplus Inhouse Pmt
Evansville, IN 47715

Tec Co Systems Inc
18034 Ventura Blvd # 210
Encino, CA 91316

True North Ar
3105 Fite Cir Ste 108
Sacramento, CA 95827

Ventura County Recorder
800 S Victoria Ave
Ventura, CA 93009

Wells Fargo Home Mortgage
MAC N0005-083
800 Walnut St
Des Moines, IA 50309

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

**APPLICATION BY NANCY HOFFMEIER ZAMORA, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY RODEO REALTY, INC. AS REAL ESTATE BROKER; DECLARATION OF DISINTERESTEDNESS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 10, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Debtor's Counsel: Derik N. Lewis, dlewis@vantislaw.com, esieg@vantislaw.com
Creditor's Counsel: cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On March 10, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Frank & Lauren Adler, 1028 Lambourne Place, Oak Park, CA  91377
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901 Calabasas Road, Suite 1050 Calabasas, CA 91302
U.S Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA  90017

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 10, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 10, 2016 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.