NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411   FAX:  (213) 488-9418
e-mail:  zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>FRANK ADLER AND LAUREN ADLER,<br><br>         Debtors. | Case No. 1:16-bk-10099-VK<br><br>Chapter 7<br><br>NOTICE OF APPLICATION BY NANCY HOFFMEIER ZAMORA, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY RODEO REALTY, INC. AS REAL ESTATE BROKER<br><br>[No Hearing Required] |

PLEASE TAKE NOTICE that Nancy Hoffmeier Zamora, Chapter 7 Trustee ("Trustee") herein, is submitting to the Office of the United States Trustee and filing with the United States Bankruptcy Court an application (the "Application") to employ Rodeo Realty, Inc. ("Broker") as real estate broker.  Broker is being employed to sell certain residential real property, commonly known as 1028 Lambourne Place, Oak Park, California 91377 (the "Real Property").

After approval by the Court on proper application, Broker is to be paid a commission on the gross sales price of the Real Property calculated on the basis of six percent (6%) of the gross sales price from the proceeds of sale of the Real Property.

Adler/notice.001                              1.

1  PLEASE TAKE FURTHER NOTICE that you can obtain a copy of the Application by contacting Cynthia Casas at the following address:

>     Nancy Hoffmeier Zamora, Esq.
>     Chapter 7 Trustee
>     U.S. Bank Tower
>     633 West 5th Street, Suite 2600
>     Los Angeles California  90071
>     Telephone: (213) 488-9411
>     Facsimile: (213) 488-9418

PLEASE TAKE FURTHER NOTICE that any response to the Application and a request for hearing thereon must conform to the requirements of Local Rules of Bankruptcy Procedure 9013-1(o)(1) and 9013-1(f)(1) and pursuant to Local Rule of Bankruptcy Procedure 2014-1(b)(3) must be filed with the Court and served upon Nancy Hoffmeier Zamora, Esq., Chapter 7 Trustee, U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, California 90071, and the Office of the United States Trustee no later than fourteen (14) days from the date of service of this notice.

Dated: March 10, 2016

/s/ Nancy Hoffmeier Zamora
Nancy Hoffmeier Zamora
Chapter 7 Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF APPLICATION BY NANCY HOFFMEIER ZAMORA, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY RODEO REALTY, INC. AS REAL ESTATE BROKER**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 10, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Debtor's Counsel: Derik N. Lewis, dlewis@vantislaw.com, esieg@vantislaw.com
Creditor's Counsel: cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On March 10, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Frank & Lauren Alder, 1028 Lambourne Place, Oak Park, CA 91377
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901 Calabasas Road, Suite 1050 Calabasas, CA 91302
U.S Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 10, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 10, 2016 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

## Supplemental Service List for Notice

Account Recovery Servicing
P.O. Box 1691
Oxnard, CA 93032

Ally Financial
P.O. Box 380901
Bloomington, MN 55438

Amca
2269 S Saw Mill
Elmsford, NY 10523

Amex
P.O. Box 297871
Fort Lauderdale, FL 33329

Barrett, Daffin, Frappier, et al
15000 Surveyor Boulevard, Suite 500
Addison, TX 75001-9013

Bank of America
P.O. Box 982238
El Paso, TX 79998

CACH, LLC
4340 S Monaco St Unit 2
Denver, CO 80237

Capio Partners LLC
2222 Texoma Pkwy Ste 150
Sherman, TX 75090

Chase
P.O. Box 469030
Denver, CO 80246

Chase
P.O. Box 24696
Columbus, OH 43224

Chase Mortgage
P.O. Box 24696
Columbus, OH 43224

Chrysler Capital
P.O. Box 961275
Ft Worth, TX 76161

Cmre. 877-572-7555
3075 E Imperial Hwy Ste
Brea, CA 92821

Continental Credit Ctr
22 N Milpas St Ste C
Santa Barbara, CA 93103

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

Fidelity Creditor Serv
216 South Louise S
Glendale, CA 91205

Grant & Weber
26610 West Agoura Rd Ste
Calabasas, CA 91302

Internal Revenue Service
P.O. Box 145595
Cincinnati, OH 45250-9734

Los Robles Hospital And Medical Center
Resurgent Capital Services
P.O. Box 1927
Greenville, SC 29602

LVNV Funding LLC
P.O. Box 10497
Greenville, SC 29603

M Leonard & Assoc.
14520 Erwin St
Van Nuys, CA 91411

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108

Portfolio Recovery Associates
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Regency Hills Neighborhood HOA
c/o Witkin & Neal Inc
5800 Sepulveda Blvd., Ste 670
Sherman oaks, CA 91411

Regency Hills Neighborhood HOA
c/o Morgan and Company
15315 Magnolia Blvd., Ste 212
Sherman Oaks, CA 91403

Sallie Mae
300 Continental Dr
Newark, DE 19713

Santander Consumer USA
P.O. Box 961245
Ft Worth, TX 76161

Southern California Edison
2244 Walnut Grove Ave.
Rosemead, CA 91770

Springlf Fin
Visionplus Inhouse Pmt
Evansville, IN 47715

Tec Co Systems Inc
18034 Ventura Blvd # 210
Encino, CA 91316

True North Ar
3105 Fite Cir Ste 108
Sacramento, CA 95827

Ventura County Recorder
800 S Victoria Ave
Ventura, CA 93009

Wells Fargo Home Mortgage
MAC N0005-083
800 Walnut St
Des Moines, IA 50309