Derik N. Lewis, SBN 219981
**VANTIS LAW FIRM, APLC**
120 Vantis, Suite 300
Aliso Viejo, California 92656
Telephone: (949) 216-0935
Facsimile: (949) 296-0935

Attorney for Debtors
FRANK ADLER
LAUREN ADLER

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE | **CASE NO. 1:16-bk-10099-VK** |
| | **CHAPTER: 7** |
| FRANK ADLER<br>LAUREN ADLER, | **HONORABLE VICTORIA S. KAUFMAN** |
| *Debtors.* | **STIPULATION TO CONTINUE TRUSTEE'S APPLICATION TO EMPLOY RODEO REALTY, INC. AS REAL ESTATE BROKER; (PROPOSED) ORDER** |
| | **DATE:**      **May 12, 2016**<br>**TIME:**      **2:00 p.m.**<br>**PLACE:**    **Courtroom 301**<br>               **21041 Burbank Blvd**<br>               **Woodland Hills, CA 91367** |

Debtors FRANK ADLER and LAUREN ADLER ("**Debtors**") and Chapter 7 Trustee, NANCY J. ZAMORA ("**Trustee**"), hereby stipulate that Trustee's Application to Employ Rodeo Realty, Inc. as Real Estate Broker set for hearing on April 14, 2016, at 2:00 p.m. in Courtroom 301 of the above entitled Court be continued to May 12, 2016 at 2:00 p.m., based upon the following showing of good cause:

///

///

///

1

## RECITALS

1.    Trustee filed an Application to Employ Rodeo Realty, Inc. as Real Estate Broker on March 10, 2016.

2.    In response to Trustee's Application, Debtors filed their Opposition and Request for Hearing on March 24, 2016.

3.    On March 25, 2016, a hearing on the application was set for April 7, 2016 at 2:00 p.m. in Courtroom 301 of the above entitled Court.  On March 28, 2016, Trustee filed an Amended Notice of Hearing continuing the hearing to April 14, 2016 at 2:00 p.m.

4.    On March 28, 2016, Debtors filed a Motion to Compel Trustee to Abandon Interest in Property of Estate.

5.    On April 4, 2016, a hearing on Debtors Motion to Compel was set for hearing on May 12, 2016 at 2:00 p.m.

6.    The parties have agreed to continue the hearing on Trustee's Application to Employ Rodeo Realty, Inc. as Real Estate Broker, currently noticed for April 14, 2016, at 2:00 p.m. in Courtroom 301 of the above entitled Court, to May 12, 2016 at 2:00 p.m.

6.    The parties agree that a facsimile or PDF signature on this stipulation may be used in lieu of an original for all purposes.

///
///
///
///
///
///
///
///
///
///

2

STIPULATION TO CONTINUE TRUSTEE'S APPLICATION TO EMPLOY
RODEO REALTY. INC. AS REAL ESTATE BROKER: (PROPOSED) ORDER

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, as follows:

1.    The hearing on Trustee's Application to Employ Rodeo Realty, Inc. as Real Estate

Broker currently noticed for April 14, 2016, at 2:00 p.m. in Courtroom 301 of the above entitled

Court shall be continued to May 12, 2016 at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED:  April 12, 2016

By:  _____
                NANCY J. ZAMORA

Chapter 7 Trustee


DATED:  April 12 , 2016                    VANTIS LAW FIRM
                                           A Professional Corporation

                                           By:  _____
                                                   DERIK N. LEWIS

                                           Attorney for Debtors
                                           FRANK ADLER
                                           LAUREN ADLER

STIPULATION TO CONTINUE TRUSTEE'S APPLICATION TO EMPLOY
RODEO REALTY. INC. AS REAL ESTATE BROKER: (PROPOSED) ORDER