```
NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California  90071
(213) 488-9411   FAX:  (213) 488-9418
e-mail:  zamora3@aol.com

Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>FRANK ADLER AND LAUREN ADLER,<br><br>     Debtor. | Case No. 1:16-bk-10099-VK<br><br>Chapter 7<br><br>NOTICE OF MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS<br><br>[FILED CONCURRENTLY WITH MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS IN SUPPORT]<br><br>DATE: February 9, 2017<br>TIME: 2:00 p.m.<br>CTRM: 301 |

TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, DEBTORS' COUNSEL, THE UNITED STATES TRUSTEE, ALL CREDITORS AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on February 9, 2017, at 2:00 p.m., in Courtroom 301 of the above-entitled Court located at 21041 Burbank Boulevard, Woodland Hills, California, Nancy Hoffmeier Zamora, Chapter 7 Trustee ("Trustee") of the bankruptcy estate (the "Estate") in the above-captioned chapter 7 bankruptcy case (the "Case") of debtors Frank Adler and Lauren Adler ("Debtors") shall move this Court for an order approving sale of that certain

residential real property commonly known as 1028 Lambourne Place, Oak Park, California, 91377-5809, identified by Ventura County Assessor's Parcel Number 8010263085 (the "Real Property"), with the legal description set forth in the Preliminary Title Report prepared by Fidelity National Title Company ("Title") identified by order number 00141166-994-VNO-SI, dated July 18, 2016 and amended as of December 21, 2016 (the "PTR"), free and clear of any interests and liens pursuant to 11 U.S.C. §§363(b), (f) and (m), 506(c), 507(a), 522(c)(1), 523(a)(1)(A), 724, and 726, and on an "AS-IS, WHERE-IS" basis, to Megan Nelson and Matthew Michael Edward Nelson ("Buyer") for a sales price of $970,000.00 (the "Sales Price") through escrow for sale of the Real Property (the "Sale Escrow") and on the other terms and conditions set forth in that certain Purchase and Sale Agreement and Escrow Instructions (Residential Property) dated December 20, 2016 as modified by Addendum No. 1 dated January 6, 2017 (collectively, the "Agreement").

    A true and correct copy of the Agreement is attached as <u>Exhibit A</u> to the Declaration of Nancy Hoffmeier Zamora (the "Trustee Declaration") attached to the Motion for Order Authorizing Trustee to Sell Real Property Free and Clear of Liens (the "Motion") and incorporated therein by reference.

    I.    **LIENS AND PROPOSED DISBURSEMENTS FROM SALE ESCROW**

    Trustee moves for approval and authorization to execute any and all documents necessary to transfer the Real Property from the Estate to Buyer and to pay from the Sale Escrow at Encore Escrow Company, Inc. ("Encore") the following:

A.    the debt secured by undisputed liens consisting of:

1. the debt secured by the first deed of trust (the "First TD") in the original principal amount of $750,000.00 recorded on December 7, 2005 as instrument no. 20051207-0300644 of Official Records in the Office of the Recorder of Ventura County, California ("Official Records") for the benefit of World Savings Bank, FSB, its Successors and/or Assignees, the most recent of which is Wells Fargo Bank, N.A., its assigns and/or successors in interest, according to that certain motion for relief from stay filed as docket no. 77 in the Case ("First TD Holder"), plus accrued interest and other amounts that are estimated to total approximately $900,000.00 as of August 5, 2016, for which First TD Holder has agreed to accept, as payment in full, a payment capped at the amount of $825,000.00 (the "First TD Payoff") pursuant to a demand to be provided to Encore by counsel for First TD Holder and its servicer, Fay Servicing (the "First TD Demand"), referred to at exception no. 15 in the PTR (a true and correct copy of the PTR is attached as <u>Exhibit C</u> to the Trustee Declaration),

2. the homeowner association fees owed to Regency Hills Neighborhood Homeowners Association (the "HOA") as set forth in that certain Notice of Delinquent Assessment in the original amount of $3,226.83 recorded as instrument no. 20150615-00090546-0 in the Official Records plus any other outstanding and unpaid assessments and any related transfer fees charged by the HOA through its agent, Ross Morgan & Co. (collectively, the "HOA Fees"), estimated in the total amount of approximately $8,375.00 based on claim no. 5 filed in the Case (the "HOA Claim"), subject to a final payoff demand to be provided by the HOA (the "HOA

Demand") (a true and correct copy of the HOA Claim is attached as part of Exhibit B to the Trustee Declaration); and

    3.  pro-rated real property taxes owed to the County of Ventura as of the closing date (the "Property Taxes") estimated in the amount of $1,382.20 as set forth in the estimated closing statement prepared by Encore (the "Estimated Closing Statement") and based on information contained in the PTR but in the final amount based on the closing date of the Sale Escrow (a true and correct copy of the Estimated Closing Statement is attached as Exhibit D to the Trustee Declaration),

B.  the reduced real estate broker commission (the "Broker Commission") of three and one-half percent (3.5%) of the Sales Price of $970,000.00 ($33,950.00) to be divided one percent (1%) ($9,700.00) to Rodeo Realty, Inc. ("Estate Broker") and two and one-half percent (2.5%) ($24,250.00) to Real Living Pacific Realty ("Buyer Broker");

C.  seller's closing costs including, but not limited to, county transfer taxes, escrow fees, title fees, recording fees, and required reports (the "Closing Costs") estimated to be approximately $6,000.00 as set forth in the Estimated Closing Statement;

D.  reimbursement to Zamora & Hoffmeier, APC for expenses of approximately $10,000.00 advanced for utilities, repairs and maintenance related to the Real Property, the motion filing fee, notary fees, charges for United Parcel Service, costs related to recording a certified copy of the petition, the up-front document fee required by Ross Morgan & Co. on behalf of the HOA, and other out-of-pocket costs related to

      securing, administering and selling the Real Property (the "Z&H Advances") all payable pursuant to 11 U.S.C. §§506(c) and 507(a)(1)(C) (a true and correct copy of an invoice with detailed listing for the balance to date of the Z&H Advances (the "Z&H Invoice") is attached as part of <u>Exhibit B</u> to the Trustee Declaration);

E.    outstanding gardening and pool service invoices that total $2,090.00 (the "Gardening and Pool Invoices") (true and correct copies of the Gardening and Pool Invoices are attached as part of <u>Exhibit B</u> to the Trustee Declaration);

F.    the invoice for insurance premiums owed to Trustee Insurance Agency of $5,489.10 (the "Insurance Invoice") (a true and correct copy of the Insurance Invoice is attached as part of <u>Exhibit B</u> to the Trustee Declaration);

G.    the amount of approximately $7,000.00 to Trustee to deposit into the Estate bank account for Estate expenses to be paid pursuant to 11 U.S.C. §§506(c) and 507(a)(1)(C) (the "Estate Expenses"), including fees and expenses of the Estate accountant and Trustee's expenses in the Case (a true and correct copy of an invoice with detailed listing for the balance to date of the Estate Expenses (the "Trustee Expense Invoice") is attached as part of <u>Exhibit B</u> to the Trustee Declaration); and

H.    the balance of the sale proceeds of approximately $70,000.00 (the "Sale Proceeds") to Trustee to deposit into the Estate bank account for distribution to the Internal Revenue Service ("IRS") and the Franchise Tax Board ("FTB") for their respective priority tax claims in the Case that are

nondischargeable and are exceptions to Debtors' homestead exemption as required by 11 U.S.C. §§522(c)(1), 523(a)(1)(A), and 507(a)(8) (true and correct copies of amended claim no. 2 filed by FTB and claim no. 4 filed by IRS (the "Priority Tax Claims") are attached as <u>Exhibit E</u> to the Trustee Declaration).

## II. **LIENS NOT TO BE PAID**

In addition to the First TD and the Property Taxes, the PTR includes another deed of trust and a tax lien identified as item nos. 16 and 18, respectively, and described below which are not to be paid:

A. a deed of trust (the "Chase TD") in the original principal amount of $405,000.00 recorded on November 29, 2006 as instrument no. 20061129-251253 of Official Records for the benefit of Washington Mutual Bank, a Federal Association, assigned to JPMorgan Chase Bank, National Association ("Chase") pursuant to instrument no. 20130828-150300 recorded on August 28, 2013 in Official Records and for which a full reconveyance was recorded on May 20, 2015 as instrument no. 20150520-76510 of Official Records (the "Full Reconveyance"), all referred to at exception no. 16 in the PTR (a true and correct conformed copy of the recorded Full Reconveyance is attached as <u>Exhibit F</u> to the Trustee Declaration); and

B. a California state tax lien in the original amount of $18,587.10 recorded by FTB on December 10, 2015 as instrument no. 20151210-0177945-0 of Official Records, related to certificate number 15329650309 (the "FTB Lien").

The recording of the Full Reconveyance reconveyed any secured interest in the Real Property to Debtors and extinguished the Chase TD and any secured debt owed to Chase. The sale of the Real Property will be free and clear of the Chase TD.

Pursuant to 11 U.S.C. §724(a) and 11 U.S.C. §726(a)(4), Trustee seeks to avoid those portions of the FTB Lien that represent amounts for penalties and interest on penalties.

Pursuant to 11 U.S.C. §724(b), Trustee seeks to subordinate the FTB Lien to administrative fees and expenses of the Estate provided to be paid per 11 U.S.C. §§506(c) and 507(a)(1)(C).

Trustee estimates that the amounts of the administrative fees and expenses (including the Broker Commission of $33,950.00, the Z&H Advances of approximately $10,000.00, the Insurance Invoice of $5,489.10, the Gardening and Pool Invoices of $2,090.00, the Closing Costs of $6,000.00, and the Estate Expenses of approximately $7,000.00) exceed the amounts of the unavoidable portions of the FTB Tax Lien and that there will be no distribution paid to FTB.

Trustee reserves all rights to object to the validity, scope, and priority of all disputed liens, claims and/or interests. The FTB Lien will attach to the funds received by the Estate from the sale in the same priority, validity, and scope as such lien currently exists against the Real Property subject to 11 U.S.C. §§507(a), 724(a) and (b), and 726(a)(4), but the Real Property will be sold free and clear of all liens including, but not limited to, the FTB Lien.

### III. **FINDING OF GOOD FAITH PURCHASER**

Trustee requests that the Court's order (the "Sale Order")

include a finding that Buyer is a "good faith purchaser" per 11 U.S.C. §363(m).

### IV. SALE MOTION

The Motion is made pursuant to Bankruptcy Code 11 U.S.C. §§363(b), (f) and (m), 506(c), 507(a), 522(c)(1), 523(a)(1)(A), 724, and 726, Rule 2002(a)(2) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule ("LBR") 9013-1(a).

You can obtain a full copy of the Motion, including the Memorandum of Points and Authorities and Declarations in Support, from the Clerk of the United States Bankruptcy Court, 21041 Burbank Boulevard, Woodland Hills, California, or by contacting Trustee at the telephone number, facsimile number, and/or address at the top of page one of this notice.

### V. DEADLINE FOR OPPOSITION PAPERS

The Motion is being heard on regular notice pursuant to LBR 9013-1. LBR 9013-1(h) provides: "If a party does not timely file and serve documents, the court may deem this to be consent to the granting or denial of the motion, as the case may be." LBR 9013-1(f) requires a written response to be filed with the Court and served on the moving party and the U.S. Trustee not later than 14 days before the Hearing.

### VI. SELF-CALENDARING HEARING DATE

The undersigned hereby verifies that the hearing date and time in this Notice were obtained pursuant to, and were available for this type of motion according to, the Judge's self-calendaring procedures.

DATED: January 19, 2017

_____
Nancy Hoffmeyer Zamora
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 19, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Debtors' Counsel: Derik N. Lewis, dlewis@vantislaw.com, esieg@vantislaw.com
Creditors' Counsel: Edward A. Treder, cdcaecf@bdfgroup.com; Sheryl K. Ith, sith@cookseylaw.com, sith@ecf.courtdrive.com;
Darlene C. Vigil, cdcaecf@bdfgroup.com; Adam N Barasch, anb@severson.com, dgl@severson.com;efiling@severson.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 19, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtors: Frank & Lauren Adler, 300 Center Dr., Suite 362, Superior, CO  80027
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901Calabasas Road, Suite 1050 Calabasas, CA 91302
Trustee's CPA: Sam Leslie, CPA, LEA Accountancy, LLP, 3435 Wilshire Blvd, Suite 990, Los Angeles, CA 90010
Title: Sheila Isham, Fidelity National Title Company, 5000 Van Nuys, # 500, Sherman Oaks, CA  91403
Escrow: Jenica Pivnik, Encore Escrow, 23901 Calabasas Rd., # 1033, Calabasas, CA  91302
Buyer: Megan and Matthew Nelson c/o Hillary Koch, Real Living Pacific Realty,  5743 Corsa Ave., #119, Westlake Village, CA  91362
Secured Creditor: Bankruptcy Section MS A340, Franchise Tax Board, P.O. Box 2952, Sacramento, CA 95812
U.S Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA  90017
Judge:  The Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Suite 354, Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 19, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 19, 2017 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

## Additional Service List for Notice

Account Recovery Serv.
P.O. Box 1691
Oxnard, CA 93032

Ally Financial
P. O. Box 380901
Bloomington, MN 55438

Amca
2269 S Saw Mill
Elmsford, NY 10523

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern PA 19355-0701

Amex
P.O. Box 297871
Fort Lauderdale, FL 33329

Barrett, Daffin, Frappier, et al
15000 Surveyor Boulevard, Suite 500
Addison, TX 75001-9013

Bank of America
P.O. Box 982238
El Paso, TX 79998

Cach, LLC
4340 S Monaco St Unit 2
Denver, CO 80237

Capio Partners LLC
2222 Texoma Pkwy Ste 150
Sherman, TX 75090

CENTER FOR ORTHOPEDICS
7301 MEDICAL CENTER DR #400
WEST HILLS, CA 91307-1988

Chase
P.O. Box 469030
Denver, CO 80246

Chase
P.O. Box 24696
Columbus, OH 43224

Chase Mortgage
P.O. Box 24696
Columbus, OH 43224

Chrysler Capital
P.O. Box 961275
Ft Worth, TX 76161

Cmre.
3075 E Imperial Hwy Ste
Brea, CA 92821

Continental Credit Ctr
22 N Milpas St Ste C
Santa Barbara, CA 93103

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

Fidelity Creditor Serv
216 South Louise S
Glendale, CA 91205

Grant & Weber
26610 West Agoura Rd Ste
Calabasas, CA 91302

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
P.O. Box 145595
Cincinnati, OH 45250-9734

Internal Revenue Service
Insolvency Group 5
300 North Los Angeles St., M/S 5022
Los Angeles, CA 90012
Attn: Neal Kakuske

Los Robles Hospital And Medical Center
Resurgent Capital Services
P.O. Box 1927
Greenville, SC 29602

Lvnv Funding LLC
P.O. Box 10497
Greenville, SC 29603

LVNV Funding, LLC
its successors and assigns as assignee of
Springleaf Financial Services, Inc.
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

M Leonard
14520 Erwin St
Van Nuys, CA 91411

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108

MIDLAND FUNDING LLC
P.O. BOX 2011
WARREN, MI 48090

Portfolio Recovery Associates
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Regency Hills Neighborhood HOA
c/o Ross Morgan and Company
15315 Magnolia Blvd., Ste 212
Sherman Oaks, CA 91403

Regency Hills Neighborhood HOA
c/o Witkin & Neal Inc
5800 Sepulveda Blvd., Ste 670
Sherman oaks, CA 91411

REGIONAL HEART CENTER
DR JOSEPHSON
2220 LYNN RD #101
THOUSAND OAKS, CA 91360

Sallie Mae
P.O. Box 3319
Wilmington, DE 19804

Sallie Mae
300 Continental Dr
Newark, DE 19713

Santander Consumer Usa
P.O. Box 961245
Ft Worth, TX 76161

SNOW ORTHODONTICS
868 AUTO CENTER DR
PALMDALE, CA 93551

Southern California Edison
2244 Walnut Grove Ave.
Rosemead, CA 91770

SOUTHERN CALIFORNIA ORTHOPEDICS
6815 NOBLE AVE
VAN NUYS, CA 91405

Springleaf Financial
Visionplus Inhouse Pmt
Evansville, IN 47715

Tec Co Systems Inc
18034 Ventura Blvd # 210
Encino, CA 91316

TOLL ROADS
P.O. BOX 57011
IRVINE, CA 92619-7011

True North Ar
3105 Fite Cir Ste 108
Sacramento, CA 95827

Ventura County Recorder
800 S Victoria Ave
Ventura, CA 93009

VIA CORD
P.O. BOX 504822
SAINT LOUIS, MO 63150

Wells Fargo Home Mortgage
MAC N0005-083
800 Walnut St
Des Moines, IA 50309

YAGOOZON INC
6120 SR 66
SEBRING, FL 33875