| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Hoffmeier Zamora (SBN 137326)<br>U.S. Bank Tower<br>633 West 5th Street, Suite 2600<br>Los Angeles, CA 90071<br>Tel. 213-488-9411<br>Fax 213-488-9418<br>e-mail: zamora3@aol.com<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re: | CASE NO.: 1:16-bk-10099-VK |
|---|---|
| | CHAPTER: 7 |
| FRANK ADLER AND<br>LAUREN ADLER, | |
| | **NOTICE OF SALE OF ESTATE PROPERTY** |
| Debtor(s). | |

| Sale Date: 02/09/2017 | Time: 2:00 pm |
|---|---|

**Location:** Ctrm. 303 U.S. Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367

**Type of Sale:** ☒ Public   ☐ Private   **Last date to file objections:** 01/26/2017

**Description of property to be sold:** Residential real property commonly known as 1028 Lambourne Place, Oak Park, California, 91377-5809, identified by Ventura County Assessor's Parcel Number 8010263085 (the "Real Property")

**Terms and conditions of sale:**

"AS-IS, WHERE-IS", free and clear of any interests and liens

**Proposed sale price:** $ 970,000.00

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    F 6004-2.NOTICE.SALE

**Overbid procedure (*if any*):** N/A

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Date & Time: February 9, 2017 at 2:00 p.m.
Location: Ctrm. 301, U.S. Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Nancy Hoffmeier Zamora, Chapter 7 Trustee
U.S. Bank Tower
633 West 5th Street, Suite 2600, Los Angeles, CA 90071
Tel. 213-488-9411; Fax 213-488-9418
e-mail: zamora3@aol.com

Date: 01/19/2017

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 2                **F 6004-2.NOTICE.SALE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/19/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Debtors' Counsel: Derik N. Lewis, dlewis@vantislaw.com, esieg@vantislaw.com
Creditors' Counsel: Edward A. Treder, cdcaecf@bdfgroup.com; Sheryl K. Ith, sith@cookseylaw.com, sith@ecf.courtdrive.com;
Darlene C. Vigil, cdcaecf@bdfgroup.com; Adam N Barasch, anb@severson.com, dgl@severson.com;efiling@severson.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/19/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtors: Frank & Lauren Adler, 300 Center Dr., Suite 362, Superior, CO 80027
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901 Calabasas Road, Suite 1050 Calabasas, CA 91302
Trustee's CPA: Sam Leslie, CPA, LEA Accountancy, LLP, 3435 Wilshire Blvd, Suite 990, Los Angeles, CA 90010
U.S Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017
Judge: The Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Suite 354, Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/19/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/19/2017 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 3                                              F 6004-2.NOTICE.SALE

## Supplemental Service List for Notice

Title:
Sheila Isham
Fidelity National Title Company
5000 Van Nuys, # 500
Sherman Oaks, CA 91302

Escrow:
Jenica Pivnik
Encore Escrow
23901 Calabasas Road, #1033
Calabasas, CA  91302

Proposed Buyers:
Megan and Matthew Nelson
c/o Hillary Koch
Real Living Pacific Realty
5743 Corsa Ave., # 119
Westlake Village, CA 91362

Secured Creditor:
Bankruptcy Section MS A340
Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812