NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California  90071
(213) 488-9411   FAX:  (213) 488-9418
e-mail: zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re | ) Case No. 1:16-bk-10099-VK |
|---|---|
| FRANK ADLER AND LAUREN ADLER, | ) Chapter 7 |
| Debtors. | ) STIPULATION BY AND BETWEEN TRUSTEE AND DEBTORS REGARDING CONSENT TO TRUSTEE'S SALE OF REAL PROPERTY, WAIVER OF HOMESTEAD EXEMPTION FOR PENDING SALE AND CONSENT TO DISTRIBUTIONS TO BE MADE TO IRS AND FTB FOR NONDISCHARGEABLE PRIORITY TAX CLAIMS |
| _____ | ) [No hearing required] |

This stipulation (the "Stipulation") is entered into by and between Nancy Hoffmeier Zamora, Chapter 7 Trustee ("Trustee") of the estate (the "Estate") in the above-captioned case (the "Case"), on one hand, and debtors Frank Adler and Lauren Adler ("Debtors") in the Case, on the other hand.

**RECITALS**

A.  On January 13, 2016 (the "Petition Date"), Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code commencing the Case in the United States Bankruptcy Court, Central District of California, San Fernando Valley Division (the "Court").

  B. Trustee is the duly appointed Chapter 7 Trustee of the Estate in the Case.

  C. That certain residential real property, commonly known as 1028 Lambourne Place, Oak Park, California 91377-5809 (the "Real Property") is the primary asset of the Estate. The Real Property was Debtors' residence on the Petition Date. The Debtors listed the Real Property in their schedule A.

  D. Debtors claimed a homestead exemption in the amount of $100,000.00 pursuant to their amended schedule C (the "Homestead Exemption").

  E. On May 9, 2016, Debtors received their discharge in the Case.

  F. Trustee filed a "Notification of Asset Case" in the Case. The Court noticed the claims bar date in the Case for June 7, 2016.

  G. The Franchise Tax Board ("FTB") and the Internal Revenue Service ("IRS"), respectively, filed amended claim no. 2 and claim no 4, each of which contains amounts for priority tax claims (the "Priority Tax Claims"). The amount of the Priority Tax Claim of FTB is $6,282.03. The amount of the Priority Tax Claim of IRS is $107,133.45.

  H. Trustee is informed that the Priority Tax Claims are exceptions to Debtors' Homestead Exemption pursuant to 11 U.S.C. §§522(c)(1), 523(a)(1)(A), and 507(a)(8). Trustee contends that Debtors are not entitled to receipt of any otherwise exempt funds from sale of the Real Property unless and until the nondischargeable Priority Tax Claims are paid.

. . . . .

I. Debtors contend that the bankruptcy code sections referenced in Recital H. do not operate automatically and, consequently, require Debtors' consent for distributions to IRS and FTB from the sale proceeds discussed in this Stipulation.

J. On June 1, 2016, the Court entered that certain order approving Trustee's employment of Rodeo Realty, Inc. ("Estate Broker") as real estate broker to market and sell the Real Property for the benefit of the Estate effective as of June 1, 2016.

K. On January 19, 2017, Trustee filed a motion to sell the Real Property free and clear of liens (the "Sale Motion"). The Sale Motion appears as docket entry no. 115 in the Case.

L. Trustee and Debtors, through their counsel of record, have negotiated the terms by which Debtors consent to Trustee's sale of the Real Property as proposed in the Sale Motion, waive the Homestead Exemption for purposes of closing the sale described in the Sale Motion, and acknowledge that the nondischargeable Priority Tax Claims will be paid from the sale proceeds of approximately $70,000.00 from Trustee' sale of the Real Property provided that the Court enters an order approving the Sale Motion and the sale described therein.

M. After Trustee receives the sale proceeds at the close of escrow for the proposed sale and files final Estate tax returns, Trustee will submit to the Office of the United States Trustee (the "OUST") Trustee's Final Report ("TFR") in the Case to be filed with the Court for approval. Upon entry of the Court's order after the noticed hearing on the TFR, Trustee will issue promptly checks from the Estate's bank account for

administrative expenses of the Estate (estimated in the amount of $7,000.00), including fees and expenses of the Estate's accountant and Trustee's expenses, as approved by the Court, and for the Priority Tax Claims (estimated in the amount of $70,000.00).

**STIPULATION**

WHEREFORE, Trustee and Debtors agree and stipulate as follows:

1. All of the Recitals set forth above are included in this Stipulation by this reference.

2. The Homestead Exemption shall be, and by this Stipulation is, deemed waived in the Case for purposes of allowing Trustee to close the sale described in the Sale Motion after the Court enters an order approving the Sale Motion and such sale.

3. Debtors consent to the relief Trustee requests in the Sale Motion.

4. Trustee will issue distributions from the Estate bank account to IRS and FTB for the Priority Tax Claims after payment of all administrative expenses of the Estate, including approved fees and expenses of the Estate's accountant and Trustee's expenses, subject to the Court's approval.

5. The Court shall have sole and exclusive jurisdiction over any dispute among the parties, over the terms of this Stipulation, and over any transaction or event referenced or contemplated by this Stipulation.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

Dated: January 19, 2017           TRUSTEE

_____
Nancy Hofmeier Zamora
Chapter 7 Trustee


Dated: January 19, 2017           DEBTORS

_____
Frank Adler

_____
Lauren Adler


Approved as to form and content:

Vantis Law

By: _____
Derik Lewis
Counsel for Debtors
Frank Adler and Lauren Adler

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

**STIPULATION BY AND BETWEEN TRUSTEE AND DEBTORS REGARDING CONSENT TO TRUSTEE'S SALE OF REAL PROPERTY, DEBTORS' WAIVER OF HOMESTEAD EXEMPTION, AND ACKNOWLEDGMENT OF DISTRIBUTIONS TO BE MADE TO IRS AND FTB FOR NONDISCHARGEABLE PRIORITY TAX CLAIMS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 20, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Debtors' Counsel: Derik N. Lewis, dlewis@vantislaw.com, esieg@vantislaw.com
Creditors' Counsel: Edward A. Treder, cdcaecf@bdfgroup.com; Sheryl K. Ith, sith@cookseylaw.com, sith@ecf.courtdrive.com;
Darlene C. Vigil, cdcaecf@bdfgroup.com; Adam N. Barasch, anb@severson.com, dgl@severson.com;efiling@severson.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 20, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtors: Frank & Lauren Adler, 300 Center Dr., Suite 362, Superior, CO 80027
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901Calabasas Road, Suite 1050 Calabasas, CA 91302
Trustee's CPA: Sam Leslie, CPA, LEA Accountancy, LLP, 3435 Wilshire Blvd, Suite 990, Los Angeles, CA 90010
Title: Sheila Isham, Fidelity National Title Company, 5000 Van Nuys, # 500, Sherman Oaks, CA 91403
Escrow: Jenica Pivnik, Encore Escrow, 23901 Calabasas Rd., # 1033, Calabasas, CA 91302
Priority Tax Creditors: Bankruptcy Section MS A340, Franchise Tax Board, P.O. Box 2952, Sacramento, CA 95812; Internal Revenue Service, Insolvency Group 5, 300 North Los Angeles St., M/S 5022 Los Angeles, CA 90012, Attn: Neal Kakuske
U.S Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017
Judge: The Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Suite 354, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 20, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 20, 2017 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**