1  NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
   U.S. Bank Tower
2  633 West 5th Street, Suite 2600
   Los Angeles, California 90071
3  (213) 488-9411   FAX: (213) 488-9418
   e-mail: zamora3@aol.com
4
   Chapter 7 Trustee
5

6              UNITED STATES BANKRUPTCY COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8                SAN FERNANDO VALLEY DIVISION

9  In re                          )  Case No. 1:16-bk-10099-VK
                                   )
10 FRANK ADLER AND                 )  Chapter 7
   LAUREN ADLER,                   )
11                                 )  NOTICE TO PROFESSIONALS TO
              Debtors.             )  FILE APPLICATIONS FOR
12                                 )  COMPENSATION
                                   )
13 _____  )  [No Hearing Required]

14

15       TO THE UNITED STATES BANKRUPTCY COURT - ASSET CLOSING

16 SECTION, UNITED STATES TRUSTEE, DEBTORS, DEBTORS' COUNSEL, AND TO

17 EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE

18 AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:

19       YOU ARE HEREBY NOTIFIED, pursuant to Local Bankruptcy Rule

20 2016-1(b)(4)(A), that the Chapter 7 Trustee is prepared to file a

21 Final Report and Account.

22       Professional persons are notified that the last day for

23 filing applications for compensation is 21 days after the mailing

24 of this notice pursuant to Local Bankruptcy Rule 2016-1(a)(4)(B).

25 DATED: February 16, 2017

26

27                              /s/ Nancy Hoffmeier Zamora
                                Nancy Hoffmeier Zamora
28                              Chapter 7 Trustee


ADLER/notice.prf                1.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 16, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Debtors' Counsel: Derik N. Lewis, dlewis@vantislaw.com, esieg@vantislaw.com
Creditors' Counsel: Edward A. Treder, cdcaecf@bdfgroup.com; Sheryl K. Ith, sith@cookseylaw.com, sith@ecf.courtdrive.com;
Darlene C. Vigil, cdcaecf@bdfgroup.com; Adam N. Barasch, anb@severson.com, dgl@severson.com;efiling@severson.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 16, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtors: Frank & Lauren Adler, 300 Center Dr., Suite 362, Superior, CO 80027
Trustee's CPA: Sam Leslie, CPA, LEA Accountancy, LLP, 3435 Wilshire Blvd, Suite 990, Los Angeles, CA 90010
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901 Calabasas Road, Suite 1050 Calabasas, CA 91302
U.S Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017
Judge: The Honorable Martin Barash, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Suite 342, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 16, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 16, 2017 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE