| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Sam S. Leslie, CPA<br>LEA Accountancy, LLP<br>3435 Wilshire Boulevard, Suite 990<br>Los Angeles, CA 90010<br>Telephone (213) 368-5000<br>Facsimile (213) 368-5009<br>*Attorney for* Accountant for Chapter 7 Trustee, Nancy H. Zamora | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>　　FRANK ADLER & LAUREN ADLER,<br><br>　　　　　　　　　　　　　　　　Debtor. | CHAPTER ___7___ |
|---|---|
| | CASE NUMBER 1:16-bk-10099-VK |
| | DATE:　　　To be heard with Trustee's Final Report<br>TIME:<br>COURTROOM:　301 |

## APPLICATION FOR PAYMENT OF:
❏  **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**
☒  **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

1. Name of Applicant *(specify)*:  LEA Accountancy, LLP

2. Type of Services Rendered:

　a.　❏　Attorney for *(specify)*:

　b.　☒　Accountant for *(specify)*: Nancy H. Zamora, Ch 7 Trustee

　c.　❏　Other Professional *(specify)*:

3. Date of Filing of Petition under Chapter ___7___ of the Bankruptcy Code: 01/13/16

4. Date of Entry of Order Approving Applicant's Employment: 7/25/16

5. Date of Filing of last Fee and/or Expense Application:

6. Total Fees allowed or paid to Applicant to Date (including Retainers and Prior Approved Fee Applications):  $ 0.00

　a.　Retainer received:  $ 0.00

　b.　Retainer remaining as of the date of this application:  $ 0.00

　c.　Total amount requested in all prior applications:  $ 0.00

　d.　Total amount actually paid pursuant to prior approved applications:  $ 0.00

　e.　Total amount currently due but unpaid pursuant to prior approved applications:  $ 0.00

　f.　Total amount allowed but reserved pending final fee application:  $ 0.00

*(Continued on next page)*

Rev. 5/98  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.　　**F 2016-1.2**

**00001**

Fee/Expense Application - *Page 2*                                    **F 2016-1.2**

| In re    FRANK ADLER & LAUREN ADLER, | CHAPTER ___7___ |
|---|---|
| Debtor. | CASE NUMBER 1:16-bk-10099-VK |

7. **Summary of Requested Fees**:  (Attach detailed supporting documentation to this Application)

| Professional Person's Name | Hourly Rate | x | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Sam S. Leslie | $ 440.00 | x 0.7 | | = | $ 308.00 |
| b. Michael Kwasnowski | $ 295.00 | x 5.9 | | = | $ 1,740.50 |
| c. Craig D. Aron | $ 150.00 | x 1.7 | | = | $ 255.00 |
| d. | $ | x | | = | $ |
| e. | $ | x | | = | $ |
| f. | $ | x | | = | $ |

    g. ☐  Continued on Attached Page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:                                                                    ☐  See Attached Page

9. Bonus requested (final fee applications only):  $
(Attach Declaration and Memorandum of Points and Authorities justifying bonus)

10. **TOTAL FEES REQUESTED THIS APPLICATION**:  $ 2,303.50

11. Total Expenses paid to Applicant to Date (including Retainers and Prior Approved Expense Applications):  $ 0.00

12. **Summary of Requested Expense Reimbursement**:  (Attach detailed supporting documentation to this Application)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Postage | $ 53.88 |
| b. Photocopies | $ 4.40 |
| c. Tax preparation software | $ 80.00 |
| d. | $ |
| e. | $ |
| f. | $ |

    g. ☐  Continued on Attached Page

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION**:  $ 138.28

14. Applicant submits the following in support of the Application herein pursuant to Local Bankruptcy Rule 2016-1 *(specify)*:

15. Total Number of attached pages of supporting documentation: _____

16. Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

17. Executed on the *15-th* day of May_____, 20 17____, at Los Angeles_____, California.

Sam S. Leslie_____                                 _____
*Type Name of Applicant*                                                    *Signature of Applicant*

Rev. 5/98  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.  **F 2016-1.2**

00002

DECLARATION OF SAM S. LESLIE

I, Sam S. Leslie, declare:

1. I am a certified public accountant licensed under the laws of the State of California. I am a partner at LEA Accountancy, LLP ("LEA" or "Applicant"), accountant to Nancy H. Zamora, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Frank Adler and Lauren Adler, case number 1:16-bk-10099-VK.

2. Frank Adler and Lauren Adler filed for relief under Chapter 7 of the United States Bankruptcy Code on January 13, 2016. Nancy H. Zamora was appointed as the Chapter 7 Trustee ("Trustee") shortly thereafter, in which capacity she continues to serve.

3. As part of the administration of the estate, the Trustee is required to file state and federal fiduciary income tax returns to comply with applicable federal and state tax law and the United States Trustee's guidelines set forth in its "Handbook for Chapter 7 Trustees." Trustee engaged applicant to assist her in complying with these tax regulatory requirements.

4. LEA's firm address is 3435 Wilshire Blvd., Suite 990, Los Angeles, CA 90010. LEA's Employment Application was filed on June 22, 2016 and an Order approving LEA's employment was entered on July 25, 2016. The Order employing LEA is also attached to the Application as Exhibit A. LEA's resume setting forth the qualifications of the professionals and paraprofessionals is attached to the

Application as Exhibit B and is incorporated herein by this reference.

5. This First and Final Application for Compensation will be heard with the Trustee's Final Report ("TFR") and the history of the case as described therein and in the TFR is incorporated herein by this reference pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv).

6. Applicant has expended considerable time, effort, and energy in the area of accounting and tax preparation during the period from May 24, 2016 through May 22, 2017 on this case.  Professionals have expended no less than 8.3 hours and incurred fees totaling $2,303.50 and expenses totaling $138.28 incident to the representation of the Trustee.  LEA's time records, including the professional providing the services, a description of the work performed, date, time expended, rate and amount billed are for the services are attached to the Application as Exhibit C and incorporated herein by this reference. Also attached, as Exhibit D, is a professional fee summary and a professional summary by category and, as Exhibit E, a listing of expenses.

7. LEA assisted the Trustee in performing an analysis of the assets in the estate and the tax consequence of the sale of the real property located at 1028 Lambourne Place, Oak Park, California and prepared the estate's state and federal individual and fiduciary tax returns for the period ending February 28, 2017 and the accounting necessarily attendant thereto (4.7 hours and fees of $1,415.50).

Additionally, Applicant also performed initial case review
(1.7 hours and fees of $545.00) and prepared this fee
application (1.9 hours and fees of $343.00). The blended
hourly rate for these services is $277.53.

8. The estate's receipts stemmed from the sale of the
real property located at 1028 Lambourne Place, Oak Park,
California.  According to the Trustee, the estate had
$80,667.73 on account as of April 30, 2017.

9. Applicant reviewed the Debtors' petition and
schedules, the settlement, and the estate's financial
transactions to determine the nature of the estate's
receipts and the appropriate tax treatment. LEA prepared
analysis on the tax consequence of the sale of the real
property and prepared and filed first and final federal and
state individual and fiduciary tax returns for the February
28, 2017 tax year and letters requesting prompt
determination of tax liability under Bankruptcy Code
Section 505(b), i.e., within sixty days. The final tax
returns and prompt determination letters were submitted to
the Internal Revenue Service ("IRS") and the California
Franchise Tax Board ("FTB") on March 13, 2017. The FTB does
not issue prompt determination clearance letters, rather it
relies on the expiration of the sixty days as its prompt
determination and will contact the Trustee if it has an
issue with the return.  The estate has not received a
determination from the IRS; however more than sixty days
have passed since the tax returns were submitted. Therefore

1  the returns will be deemed to be accepted by the IRS and
2  the FTB.

3      10. LEA's First and Final Application for Compensation
4  and all the matters therein are true based on my own
5  personal knowledge, information, and belief. If called as
6  a witness, I could and would testify competently thereto.

7      11. I have reviewed Local Bankruptcy Rule 2016-1
8  (a)(1) and the Application as supplemented by this
9  Declaration complies with the requirements set forth
10  therein.

11     12. For all the foregoing reasons, Applicant believes
12  the services provided were promptly and efficiently
13  rendered and that the total fees and expenses requested
14  herein, $2,303.50 and $138.28, respectively, are
15  reasonable.

16     WHEREFORE, Applicant prays that fees of $2,303.50 and
17  $138.28 be awarded as set forth herein. I declare under
18  penalty of perjury under the laws of the United States of
19  America that the foregoing is true and correct. Executed
20  this 25th day of May _____ 2017, at Los Angeles,
21  California.

22
23
24          Sam S. Leslie, CPA
25
26
27

EXHIBIT A

1 | SAM S. LESLIE, CPA
   | 3435 Wilshire Blvd.
2 | Suite 990
   | Los Angeles, CA 90010
3 | 213/368-5000 – Telephone
4 | 213/368-5009 – Facsimile
   | Email: trustee@trusteeslie.com
5 |
6 | Proposed Accountant for Nancy H.
   | Zamora, Chapter 7 Trustee
7 |

```
+-----------------------------------+
|        FILED & ENTERED            |
|                                   |
|         JUL 25 2016               |
|                                   |
|  CLERK U.S. BANKRUPTCY COURT      |
|  Central District of California   |
|  BY Ogier     DEPUTY CLERK        |
+-----------------------------------+
```

8 |              UNITED STATES BANKRUPTCY COURT

9 |              CENTRAL DISTRICT OF CALIFORNIA

10 |             SAN FERNANDO VALLEY DIVISION

11 |

12 | In re                         ) Case No. 1:16-bk-10099-VK
   |                               )       [Chapter 7]
13 | FRANK ADLER AND LAUREN        )
   | ADLER,                        )
14 |                              ) ORDER AUTHORIZING TRUSTEE
   |                               ) TO EMPLOY LEA ACCOUNTANCY,
15 |                 Debtors.      ) LLP AS ACCOUNTANT
   |                               )
16 | _____) [No Hearing Required]

17 |

18 |     The Court, having considered the Chapter 7 Trustee's Application to

19 | Employ Accountant, LEA Accountancy, LLP ("LEA"), the Declarations of

20 | Nancy H. Zamora and Sam S. Leslie in Support Thereof (Docket No. 67),

21 | and it appearing that LEA does not hold or represent any interest adverse to

22 | the estate of Frank Adler and Lauren Adler in the matters on which it is to be

23 | employed, that it is a disinterested person as defined in Section 101(14),

24 | that its employment is in the best interest of this estate and that no hearing

25 | is required,

26 |     IT IS HEREBY ORDERED that the Chapter 7 Trustee is authorized to

27 | employ LEA Accountancy, LLP on the terms set forth in the Application, with

28 | / / /

00008

1  compensation to be approved after proper notice and hearing pursuant to 11

2  U.S.C. §§ 327(a) and 330(a).

3

4

5                                     # # #

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Date: July 25, 2016                        Victoria S. Kaufman
24                                                   United States Bankruptcy Judge

25

26

27

28

EXHIBIT B

# LEA Accountancy, LLP

3435 Wilshire Boulevard, Suite 990
Los Angeles, California 90010
T: 213-368-5000   F: 213-368-5009
Email: sleslie@trusteeleslie.com

LEA Accountancy's professional staff is highly trained group of individuals who are dedicated in providing bankruptcy trustees with excellent financial analysis and tax planning and preparation services.  With the expertise he has honed since 1983, Sam S. Leslie, Managing Partner, provides both hands on services and supervises a staff that is experienced in federal and state tax law, the bankruptcy code and their application to the bankruptcy estate.  This experience assures the trustee that the estate is tax compliant and results in lower costs for these necessary services.

## Services Offered:

- Financial Analysis and Tax Planning
- Asset Analysis
- Federal, State Income and Payroll Returns
- Bankruptcy Estate Tax Filing
- Delinquent Returns
- Accounting Reconstruction
- Preference Review and Analysis
- ERISA Plan Termination
- State Board of Equalization Sales Tax

## Client Base:

Bankruptcy Trustees, Partnerships, Sub-Chapter S Corporations, Limited Liability Companies, other closely held businesses and high net worth individuals.

## Bankruptcy

After practicing for 8 years, LEA Accountancy diversified to provide tax and accounting services to bankruptcy trustees. LEA Accountancy is well-versed in the peculiarities of the Internal Revenue Code and its application to Chapter 7 and Chapter 11 proceedings.  The firm's extensive knowledge of bankruptcy estate tax filing requirements and related procedures assure trustees of a "prompt" determination from the IRS. LEA Accountancy provides specialized attention to indentifying potential federal and state tax refunds, net operating loss carryforwards and/or carrybacks, tax basis issues and asset recovery. This focus assists the trustee in maximizing recovery of monies to the bankruptcy estate while at all times focusing on the estate closing process.

With LEA trustees rely on a team of seasoned professionals who address in detail each and every compliance and tax preparation concerns. LEA's advice includes analyzing the complexities of payroll tax and sales tax issues, as well as pre-petition delinquent returns.  Boxes of "meaningless paper" are organized into financial statements that often result in recoverable assets that may not have been disclosed in the bankruptcy petition and schedules.  In short, LEA strives to ensure that

LEA Accountancy, LLP
Bankruptcy Estate of Frank & Lauren Adler
Case # 1:16-bk-10099-VK
Resume

the best possible results are achieved for the bankruptcy estate with the least amount of complication for the trustee.

LEA staff members possess a broad array of accounting experience that allows them to address complex corporate, partnership and limited liability company tax issues, as well as consolidated multi-state returns and layered partnerships.

## Professional Staff

### Sam S. Leslie, CPA
### Managing Partner

Mr. Leslie, a certified public accountant, has extensive experience in bankruptcy oversight, having provided insolvency services since 1990 and serving as a Chapter 7 Trustee in the Central District of Los Angeles since 2003. He has worked in public accounting since 1983. In 1988, Mr. Leslie founded Leslie Accountancy (which later became known as LEA Accountancy, LLP), a full service CPA firm serving high net worth individuals, privately owned companies and bankruptcy trustees. In addition to his bankruptcy related experience, Mr. Leslie concentrates his services in tax planning and preparation and financial matters, including financing, acquisitions, divestitures, restructuring and other financial advice.

In addition to his current position as a Chapter 7 Trustee, Mr. Leslie is a Managing Partner of TL Vistas Capital Partners, GP – a private advisory firm with offices in Los Angeles, California. Mr. Leslie formed the company in 2008 to focus on advising companies on strategic and financial matters, including financings, acquisitions, divestitures, and the formation of alliances and partnerships.

Over the course of his career, Mr. Leslie has acquired knowledge outside of the accounting field. In his capacity as a principal and strategic advisor, Mr. Leslie founded, operated and subsequently sold numerous businesses for a profit. These operations have centered on the sale and marketing of both products and services. Examples include bagel/deli shop and catering business, print magazine and "yellow pages" like listing publications, specialty product wholesale business (i.e. candles, scents, potpourri) supplying high-end department stores, purchase, renovation and resale of real estate and owning and operating vacation rental properties.

Mr. Leslie and his partners acquired the print magazine as a turnaround proposition. When acquired it was losing $20K a month but was generating annual revenues of $4.5M with a staff of thirty-five plus (35+). After successful financial results were achieved by the repositioning of its two sister publications and website and performing a bottom up review and implementing subsequent changes to the operation, the company was sold in 2006 for a significant financial return to the partners. Further, in his capacity as Chapter 7 trustee, Mr. Leslie has operated a grocery/market generating daily sales of $30K (100 employees) where cash controls and an immediate recreation

LEA Accountancy, LLP
Bankruptcy Estate of Frank & Lauren Adler
Case # 1:16-bk-10099-VK
Resume

of the accounting records were of critical importance. Over the years Mr. Leslie has evaluated the viability of numerous other businesses. With these experiences, he has learned among other things the importance of customer service, internal controls, cash flow management, marketing and income and expense matching.

Mr. Leslie received his B.S. in Business Administration from the San Diego State University in 1983. He received a CPA designation in 1986.

## Terry Fussell, CPA
### Senior Tax Manager

Mr. Fussell joined the professional staff of LEA Accountancy in 2004 and manages a client base consisting of insolvency, high net-worth individuals and their closely held businesses. Prior to joining LEA, he worked as a Senior Accountant at Martin Werbelow, LLP, and a Pasadena, California public accounting firm concentrating on estate and gift tax clients. During a twenty-year career based on providing tax as well as business advisory services, Mr. Fussell has served as CFO/sat on the board of directors at Nutripeak.com, Inc., a Los Angeles based sports nutrition retailer and was CFO at JLS Technology Staffing Inc in Atlanta, Georgia. Mr. Fussell launched his career in 1991 as Senior Associate/Controller at Frazier & Deeter, LLC, one of Atlanta's top five CPA firms.

In addition to working with LEA Accountancy, in 2010 Mr. Fussell formed The Fussell Group, LLC, a business advisory firm.

Mr. Fussell graduated from Georgia State University (Atlanta, Georgia) with a Bachelor of Science in Finance in 1990.

## Timothy D. Kincaid
### Bankruptcy Accountant

Mr. Kincaid joined the professional staff at LEA Accountancy's predecessor, Leslie Accountancy, in 1994. His prior experience includes services as an auditor with Arthur Anderson and Associates, an internal auditor with Lockheed Corporation and Senior Accountant at The Brown Organization.

Mr. Kincaid earned a B.S. in Business Administration from San Jose State University in 1987.

LEA Accountancy, LLP
Bankruptcy Estate of Frank & Lauren Adler
Case # 1:16-bk-10099-VK
Resume

## Michael Kwasnowski, CPA
### Tax Manager & Bankruptcy Coordinator

Mr. Kwasnowski has been associated with LEA Accountancy since 2004. Prior to joining the firm, he was Controller at C.B.B Restaurant Group Inc. (Los Angeles) from 1993 thru 2003. He was a professor of Accounting at UCLA from 1996 thru 2005. From 1989 to 1993, Mr. Kwasnowski ran his own CPA firm in Northridge, California.

Mr. Kwasnowski earned a B.S. in Business Administration from the State University of New York (Oswego) in 1978.

## Lori J. Ensley
### Forensic Accountant & Special Projects Manager

Ms. Ensley's experience includes nine years of accounting experience as a staff accountant, cost analyst, and controller for various companies; three years as director of operations for a manufacturing and advertising firm; and twenty-two years as a financial/turnaround management consultant with Robert F. Bicher & Associates. Ms. Ensley has overseen a variety of business operations including, but not limited to, manufacturing, retail, medical practices, advertising, real estate, mortgage, and service businesses. In addition, Ms. Ensley has assisted numerous Chapter 11 Debtors with United States Trustee Compliance Requirements and provided agent services for Chapter 11 and 7 Trustees in Southern California.

Ms. Ensley graduated from the University of California Los Angeles in 1983 with a Bachelor of Arts in English and minor in Economics.

## Robert F. Bicher, III
### Forensic Accountant & Special Projects Manager

Mr. Bicher's experience includes three years as a financial consultant for investment management firms; five years as a full-time faculty member at California State University San Bernardino, teaching graduate and undergraduate finance and marketing; four years with the Office of the United States Trustee as Senior Bankruptcy Analyst, administering over 3,000 Chapter 11 cases; and twenty-five years performing financial consulting and turnaround management as Interim CEO/President, Liquidating Agent, Disbursing Agent, Claims Agent/Administrator and Court ordered Examiner for financially distressed companies, Trustees, Receivers, and Chapter 11 Debtors. Mr. Bicher has directly managed and controlled various types of operations including, but not limited to, manufacturing, retail, medical practices, advertising, real estate, mortgage, and service businesses.

LEA Accountancy, LLP
Bankruptcy Estate of Frank & Lauren Adler
Case # 1:16-bk-10099-VK
Resume

Mr. Bicher graduated Phi Beta Kappa with High Honors in 1975 from the University of California Riverside with a Bachelor of Science of Administrative Sciences, specializing in finance and accounting, and from the Graduate School of Administration (now known as the Graduate School of Management) of the University of California Riverside in 1978 with a Masters of Administration in Business Administration, specializing in finance

### Catherine Frasier
#### Senior Accountant

Ms. Frasier is a CPA who has specialized in Client Accounting Solutions and Advisory Services in both public and private accounting venues.    With 20 years of experience, she has served the following industries: E-commerce, Consulting, Professional Services, Architectural/Engineering as well as Healthcare.    In addition to working as a controller and trainer, she has focused on transforming accounting information systems using QuickBooks and its ecosystem of third party applications. By designing an integrated technology stack, Catherine builds enterprise level, cloud-based solutions and strives to take her clients towards what is known as Zero Data Entry.    In addition to being a Certified QuickBooks ProAdvisor, Catherine has mastered the following software applications:  Bill.com, Gusto, TSheets, HubDoc, Receipt Bank, Expensify, Fathom, Deltek Vision, Excel and other MS applications

### Craig D. Aron, J.D.
#### Bankruptcy Specialist

Mr. Aron's experience includes eighteen years as bankruptcy clerk and trustee administrator with the Law Offices of Alberta P. Stahl. He has assisted trustees and professionals in the administration of numerous personal and corporate bankruptcy cases.  He is well versed in procedural aspects of liquidating assets and claims analysis.  He has overseen the liquidation of corporations, small businesses, real estate, seizure of residuals and resolved smaller bankruptcy cases to bring a good distribution to creditors.  Mr. Aron graduated from Thomas Jefferson School of Law in 2015. He also graduated from Mount Saint Mary's College with a Bachelor of Arts in History in 2007.

### Tom Ballou
#### Partner, Business Manager

Mr. Ballou joined LEA Accountancy in 1983 and is responsible for the oversight of all aspects of business management and operations.    Prior to joining the firm, he held professional service positions at Liberty Securities and Pharmavite Manufacturers, both located in Los Angeles, California.  Mr. Ballou graduated with a B.S. in Computer Science from Coleman College, San Diego in 1983.

EXHIBIT C

00016

LEA Accountancy, LLP
Bankruptcy Estate of:
Frank Adler and Lauren Adler
Case # 1:16-bk-10099-VK
Professional Fees

| Employee | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| **Initial Review of Case** | | | | | |
| Michael Kwasnowski | 05/24/16 | 0.30 | 295.00 | 88.50 | Initial preparation of sales analysis, sale of real property  1028 Lambourne Place |
| Sam S. Leslie | 05/24/16 | 0.30 | 440.00 | 132.00 | Discuss with M. Kwasnowski, sales analysis, sale of real property  1028 Lambourne Place., review same, review N. Zamora, email re:  case,  review FTB & IRS POC, denter; lived in resoidnce 20 year |
| Michael Kwasnowski | 05/24/16 | 0.10 | 295.00 | 29.50 | Review current docket ; telephone call into the Trustee, Nance Zamora. RE: case |
| Michael Kwasnowski | 05/25/16 | 0.60 | 295.00 | 177.00 | Continued  review of petition, schedules, notice of commencement, and trustee's e-mails |
| Michael Kwasnowski | 05/25/16 | 0.20 | 295.00 | 59.00 | Telephone call with Trustee, Nancy Zamora |
| Michael Kwasnowski | 05/25/16 | 0.20 | 295.00 | 59.00 | Telephone call to Nancy, trustee regarding case, status of sale of real property |
| **Total** | | **1.70** | | **545.00** | |

**Analysis of Tax Consequences of Sale of Lambourne Place Property & Preparation of Income Tax Returns**

| Employee | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Michael Kwasnowski | 05/26/16 | 0.60 | 295.00 | 177.00 | Continutred  preparation of sales analysis, sale of real property  1028 Lambourne Place |
| Michael Kwasnowski | 06/21/16 | 0.10 | 295.00 | 29.50 | Review current docket |
| Michael Kwasnowski | 09/19/16 | 0.10 | 295.00 | 29.50 | Review current docket |
| Michael Kwasnowski | 09/30/16 | 0.10 | 295.00 | 29.50 | Review current docket |
| Michael Kwasnowski | 11/03/16 | 0.30 | 295.00 | 88.50 | Review current docket, re. case matter |
| Michael Kwasnowski | 02/06/17 | 0.20 | 295.00 | 59.00 | Receipt and review of Notice of sale of real property and motion for order to sell real property, discuss with Sam Leslie |
| Sam S. Leslie | 02/06/17 | 0.20 | 440.00 | 88.00 | Sale of real property located at 1028 Lambourne Place. Discuss  with Michael Kwasnowski. Review Trustee Nancy Zamora emails re: sellers estimated closing statement. Review Form 1, docket # 124 and sale order |
| Michael Kwasnowski | 02/16/17 | 0.30 | 295.00 | 88.50 | Receipt and review of Trustee e-mail; estimated closing statement and motion |
| Michael Kwasnowski | 02/24/17 | 1.10 | 295.00 | 324.50 | Preparation of final federal and state estate tax returns; Review claims register; draft claims schedule; review motion .  Year end 2/28/17. Tax forms 1041/1040, Federal, and California Forms 541/540 |
| Michael Kwasnowski | 02/24/17 | 0.40 | 295.00 | 118.00 | Continue with preparation of final federal and state estate tax returns; final  capital  loss for tax returns disclosure, schedule D |
| Michael Kwasnowski | 02/26/17 | 0.20 | 295.00 | 59.00 | Follow up with Sam Leslie & Trustee regrading  joint filed tax return or 2 seperate tax returns. |
| Michael Kwasnowski | 03/03/17 | 0.30 | 295.00 | 88.50 | Balance of the  preparation of final federal and state estate tax returns; Draft/edit  tax returns disclosure |
| Michael Kwasnowski | 03/13/17 | 0.80 | 295.00 | 236.00 | Preparation of Federal and state prompt determination requests and acknowledgements; prepare filing package for IRS and FTB; prepare Trustee tax package |
| | | **4.70** | | **1,415.50** | |

**00017**

LEA Accountancy, LLP
Bankruptcy Estate of:
Frank Adler and Lauren Adler
Case # 1:16-bk-10099-VK
Professional Fees

| Employee | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| **Preparation of Fee Application** | | | | | |
| Craig Aron | 05/22/17 | 1.70 | 150.00 | 255.00 | Preparation of fee application |
| Sam S. Leslie | 05/22/17 | 0.20 | 440.00 | 88.00 | Review of fee application |
| **Total** | | 1.90 | | 343.00 | |
| **Total Professional Fees** | | 8.30 | | 2,303.50 | |
| Total Expenses | | | | 138.28 | |
| **Total Professional Fees and Expenses** | | | | 2,441.78 | |

EXHIBIT D

LEA Accountancy, LLP
Bankruptcy Estate of:
Frank Adler and Lauren Adler
Case # 1:16-bk-10099-VK
Summary by Professional

| Employee | Hours | Rate | Amount |
|---|---|---|---|
| **Summary by Professional** | | | |
| Sam S. Leslie | 0.7 | 440.00 | 308.00 |
| Michael Kwasnowski | 5.9 | 295.00 | 1,740.50 |
| Craig D. Aron | 1.7 | 150.00 | 255.00 |
| **Total Professional Fees and Time** | 8.3 | $ | 2,303.50 |
| Average Professional Fees | | $ | 277.53 |

**Time by Professional by Category:**

**Initial Review of Case**

| | Hours | Rate | Amount |
|---|---|---|---|
| Sam S. Leslie | 0.3 | 440.00 | 132.00 |
| Michael Kwasnowski | 1.4 | 295.00 | 413.00 |
| **Total** | 1.7 | | $545.00 |

**Analysis of Tax Consequences of Sale of Lambourne Place Property & Preparation of Income Tax Returns**

| | Hours | Rate | Amount |
|---|---|---|---|
| Sam S. Leslie | 0.2 | 440.00 | 88.00 |
| Michael Kwasnowski | 4.5 | 295.00 | 1,327.50 |
| **Total** | 4.7 | $ | 1,415.50 |

**Preparation of Fee Application**

| | Hours | Rate | Amount |
|---|---|---|---|
| Craig D. Aron | 1.7 | 150.00 | 255.00 |
| Sam S. Leslie | 0.2 | 440.00 | 88.00 |
| **Total** | 1.9 | $ | 343.00 |

EXHIBIT E

LEA Accountancy, LLP

Bankruptcy Estate of:

Frank Adler and Lauren Adler

Case # 1:16-bk-10099-VK

Listing of Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 06/22/16 | 24.91 | Postage: mailing of notice to employ |
| 06/22/16 | 4.40 | copy charges -  notice to employ |
| 03/03/17 | 80.00 | 2017  tax software charge |
| 03/09/17 | 28.97 | Postage: Certified mailing, Internal Revenue Service, IRS Special Procedures, and Franchise Tax Board for the year ended 2/28/17 |
| **Total** | 138.28 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Application for Payment of Final Fees and/or Expenses for LEA Accountancy, LLP will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 31, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Adam N Barasch | anb@severson.com, dgl@severson.com;efiling@severson.com |
| Sheryl K Ith | sith@cookseylaw.com, sith@ecf.courtdrive.com |
| Derik N Lewis | dlewis@vantislaw.com, esieg@vantislaw.com |
| Edward A Treder | cdcaecf@bdfgroup.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Darlene C Vigil | cdcaecf@bdfgroup.com |
| Nancy J Zamora (TR) | zamora3@aol.com, nzamora@ecf.epiqsystems.com |

☐      Service information continued on attached page

**2.      SERVED BY UNITED STATES MAIL:** On May 31, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| United States Bankruptcy Court | Frank Adler | Lauren Adler |
| The Honorable Victoria S. Kaufman | 300 Center Drive | 300 Center Drive |
| United States Bankruptcy Judge | Suite 362 | Suite 362 |
| 21041 Burbank Boulevard | Superior, CO 80027 | Superior, CO 80027 |
| Suite 354 | | |
| Woodland Hills, California 91367 | | |

☐      Service information continued on attached page

**3.      SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2017, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: May 31, 2017

Shawn Sterrett

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1. PROOF OF SERVICE**

**00023**